UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Civil Action No. 5:20-cv-00552-TPB-PRL

RANDY BRITTON,

    Plaintiff,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,

    Defendant,

_____/

### PLAINTIFF'S MOTION TO EXTEND MEDIATION, DISCOVERY, DAUBERT, AND DISPOSITIVE MOTION DEADLINES

**NOW COMES RANDY BRITTON** ("Plaintiff") by and through his undersigned counsel, requesting that the Court enter an Order extending all deadlines in this instant case by 60 days. In support thereof, Plaintiff states as follows:

1. On November 12, 2020 Plaintiff filed this instant action against Defendant.

2. On January 14, 2021 this honorable court issued a scheduling order.

3. On September 14, 2021 this honorable court issued an order extending the discovery deadline until October 28, 2021.

4. The parties selected Christopher L. Griffin as mediator in this action and were attempting to scheduling Mediation.

5. Since the updated scheduling order and selecting Christopher L. Griffin, Plaintiff's counsel has been unable to contact Plaintiff.

1

6. Plaintiff has made numerous attempts via telephone calls, emails and United States Mail to Plaintiff with no response.

7. Plaintiff's counsel intends on withdrawing as counsel within 14 days if Plaintiff does not responds to Plaintiff's counsel.

8. In an effort not to expend time and cost associated with current deadlines and to preserve Plaintiff's claim, Plaintiff's counsel requests extending all deadlines in order to preserve Plaintiff's ability to prosecute his case.

9. There is good cause to grant the relief sought herein and the relief is sought in good faith.

10. The purpose of this motion is not delay.

11. On October 21, 2021 Plaintiff's counsel conferred with Defense counsel pursuant to **Local Rule 3.01(g) Certification and was informed that Defendant opposes this motion.**

**WHEREFORE**, Plaintiff respectfully request that the Court enter an order extending all Mediation, DISCOVERY, DAUBERT, AND DISPOSITIVE MOTION DEADLINES and for any further relief this Court deems just and proper.

Dated: October 21, 2021

Respectfully submitted,

*/s/ Alejandro E. Figueroa*
Alejandro E. Figueroa, Esq.
Florida Bar No. 1021163
Sulaiman Law Group, Ltd.
2500 S. Highland Ave, Suite 200

Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
alejandrof@sulaimanlaw.com
*Counsel for Plaintiff*

## Local Rule 3.01(g) Certification

On October 21, 2021, I conferenced with Defendant's counsel by e-mail regarding relief sought herein. Defendant is opposed to this Motion.

## CERTIFICATE OF SERVICE

I, Alejandro E. Figueroa, certify that on October 21, 2021, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.